| Prob 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 3:22CR50041 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 6:25CR03099-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Samuel Jimenez | DISTRICT Illinois Northern | DIVISION Western |
|---|---|---|
| | NAME OF SENTENCING JUDGE Iain D. Johnston | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/30/2025 | TO 06/29/2030 |

OFFENSE

SELL FIREARMS TO ADDICTS - FELONS - FUGITIVES 18:922D.F

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities) Living in the WD/MO.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   "Northern District of Illinois "

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Western District of Missouri   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 7/1/2025 | *[signature]* |
|---|---|
| Date | United States District Judge Iain D. Johnston |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western District of Missouri

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| July 2, 2025 | /s/ Beth Phillips |
|---|---|
| Effective Date | United States District Judge |